01-15-00393-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

April 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/27/2015 2:37:39 PM
CHRISTOPHER A. PRINE
Clerk

ROBERT L. SIRIANNI, JR., ESQUIRE
ATTORNEY OF RECORD
201 NORTH NEW YORK AVE, STE 200
WITNER PARK, FL 32789

Defendant's Name:  CHRISTOPHER ERNEST BRAUGHTON

Cause No:  1389139

Court:  228TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's Notice of Appeal on motion only- filed date:** 4/16/15 **Ruling Made:** 4/13/15 DENIED
**Court of Appeals Assignment:  First Court of Appeals**
**Appeal Attorney of Record:  ROBERT L. SIRIANNI, JR.**
**Motion for New Trial Filed:  3/6/15**

Sincerely,

S. Norris
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

L. MILLS  (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Filed 15 April 16 P1:51
Chris Daniel - District Clerk
Harris County
FAX16112538

## IN THE 228th DISTRICT COURT
## HARRIS COUNTY, STATE OF TEXAS

| STATE OF TEXAS, | CAUSE No.: |
|---|---|
| *Plaintiff* | 1389139-01010 |
| v. | |
| CHRISTOPHER BRAUGHTON | |
| *Defendant* | NOTICE OF APPEAL |

### NOTICE OF APPEAL

Notice is hereby given that the Defendant, Christopher Braughton, appeals to the First Court of Appeals, the Final Judgment and Sentence signed on February 11, 2015, and all adverse interlocutory rulings, including Denial of Defendant's Motion for New Trial, dated April 13, 2015.

Dated: April 16, 2015

Respectfully submitted,

/s/Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire
Texas Bar No. 216624
BROWNSTONE, P.A.
201 North New York Ave., Ste. 200
Winter Park, FL 32789
Ph. 407-388-1900
Fax 407-622-1511
E-mail: robertsirianni@brownstonelaw.com
Secondary e-mail:
janelle@brownstonelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2015, a copy of the foregoing was served on the following, via United States Postal Service:

Office of District Attorney
Harris County, Texas
1201 Franklin Street, Ste. 600
Houston, TX 77251

/s/Robert L. Sirianni, Jr.
Robert L. Sirianni, Jr., Esquire

 

Cause No. 1389139

THE STATE OF TEXAS

v.

BRAUGHTON, CHRISTOPHER ERNEST
, Defendant

IN THE 228 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

FEB 12 2015

Harris County, Texas

By_____
Deputy

_____         021215
Judge                                Date Signed

Time:_____

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD
## (DEN NEW TRL ORD) 1st

Court **228**     6-11-15     Cause No. **1389139**

The State of Texas
Vs
**BRAUGHTON, CHRISTOPHER**

Date Notice Of Appeal: **041615**    4-13-15

Presentation:     Vol.____ Pg.____

Judgment:     Vol.____ Pg.____

Judge Presiding **MCARTER**

Court Reporter **L MILLS**

Court Reporter _____

Court Reporter _____

Attorney on Trial **M SANDOVAL**

Attorney on Appeal **RR SIRIANNI**

Appointed____ Hired____

Offense **MURDER**

Jury Trial    Yes ✓ No____

Punishment Assessed **20y TDC**

Companion Cases (If Known) **N/A**

Amount of Appeal Bond **∅**     **13/978**

Appellant Confined:    Yes ✓ No____

Date Submitted To Appeal Section **041715**    564

Deputy Clerk _____